Case No: Initial Filing Inmate Name: Novack
Date: 11/19/19 Inmate IDOC#: 114486
Document Title: Prisoner Complaint
Total Pages: 8 Inmate Initials Verifying Page Count: ____
Document(s) 1 of 1

Novack, Nikola 114988
(full name/prisoner number)
Im 41 Po Box 51 Boise ID 83707
(complete mailing address)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Nikola Novack,
(full name)
Plaintiff,

v.

The warden Yordy
Imsi
IDOC

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes ☐ No

**A. JURISDICTION**

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- ☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☐ Other federal statute *(specify)* ______________; or diversity of citizenship.
- ☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

**B. PLAINTIFF**

My name is Nikola Novack. I am a citizen of the State of USA,

presently residing at Imsi Custody.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Warden yordy *(defendant)*, who was acting as Warden *(job title, if a person; function, if an entity)*

for the IMSI Boise, ID Ada County. *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on 2019 *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Has kept me in C block at first around Disruptive Inmates for the past 6 months and I want to Leave C block, Also haven't allowed me to go to church on Sunday like I would in General Population.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Cruel and unusual punishment

4. I allege that I suffered the following injury or damages as a result: Severe mental deterioration and loss of sanity from being around Disruptive inmates.

5. I seek the following relief: 1,200,000 million Dollars

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

Concern forms X2 Grievance X1 Appeal X1

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ◯ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: They have me on Haldol and wont let me off it. It is very hard to concentrate and write on Haldol. I need a lawyer to help me.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on ____________ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on ____________ *(date)*; OR *(specify other method)* ____________________.

Executed at Inst C Block *(Location)* on ____________________ *(Date)*.

[signature]
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*