Nikolaj Novack
Full Name/Prisoner Name

114980 IMSF
P.O. 51
Boise, ID 83707
Complete Mailing Address

(Plaintiff)/Defendant
(circle one)

Nikolaj Novack )
Plaintiff/Petitioner, )   CASE NO.
Full name(s) )
 )   1:20-CV-00009-BLW
vs. )
 )
Warden Yordy / IDOC )
 )
 )
Defendant/Respondent(s), )
Full name(s). Do not use et. al. )
 )

COMES NOW, Nikolaj Novack, (Plaintiff)/Defendant (circle one) in the above entitled

Ok, Basicly I was subjected to months of Psychological Anguish, Because I was placed next to Disruptive inmates. These inmates clapped, Banged, Kicked There doors, Talked shit endlessly, and

- 1

-pg.___

Revised 3/24/16

continuously did all of those things for months day and night stopping only to sleep. I had been spit on threatened and I was miserable, until I spoke to staff to please separate us which they did not do. And I was stuck in a stripped cell for months and I have caught new charges for fighting the team to try to alleviate the stress and find a way to iconsiquentialy seperate from the disruptive inmates who put me through so much agony and mental stress and anguish. I spoke to staff who at this time have not seperated us the entire time I repeatedly asked to move I wrote concern forms and tried to leave a particular invironment which triggered me to act out- which is not my fault, it is staffs fault. To continue to trigger me to get a reaction out of me. Now I have more charges.

___pg.___

_____
_____
_____
_____
_____
_____
_____
_____

Respectfully submitted this 16 day of January 20 20.

_____
Plaintiff/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the _____ day of _____, 20_____, I mailed a true and correct copy of the _____ via prison mail system for processing to the U.S. mail system to:

_____
_____
_____
_____

_____
Plaintiff/Defendant (circle one)

_____-pg._____

Revised 3/24/16

Court filing Record

Date: 01/17/2020

Case No.: 20-CV-00009-BLW

Inmate Name: Novack, Nikolai

Inmate No.: 114980

Document Title: Motion

Total Pages 3

Inmate Verification of page count signature:_Filed without inmate review___

Document _1__ of _1_