Nikolai Novack
Full Name/Prisoner Name

IMSI 0SS PO S1
Boise, ID 83707
Complete Mailing Address

(Plaintiff)/Defendant
(circle one)

---

Nikolai Novack
_____  )
Plaintiff/Petitioner,        )   CASE NO. 1:19-cv-00446-DCN
Full name(s)                 )
                             )
vs.                          )
                             )
Warden Yordy                 )
_____    )
of IMSI                      )
_____    )
Defendant/Respondent(s),     )
Full name(s). Do not use et. al. )
                             )

COMES NOW, Nikolai N., Plaintiff/Defendant (circle one) in the above entitled

This Lawsuit is for being housed next to disruptive inmates for close to a year, next to Mendsen being held in the General Area (T-Block) of these inmates for several years.[1]

_____-pg._____

Now I will describe why I feel I should be granted relief. The Inmates in General, were not People with a Stable mentality. They disrespect the Female staff. As well as other staff but to the Females Their words are expressed Sexually to the Females. Many are not people I would associate with I don't, But I still have to be in the middle of them, So they would clap and Bang their doors and Kick their doors Scream and Threaten and Attack other Inmate verbally Through the vents and Doors from Sun up To Sun up 24/7 They Screamed and yelled and made noise. This being said I had a Breakdown where I was Extracted and now have new charges for something Security staff and mental Health Staff should have been able to easily remedy.

_____ -pg._____

Revised 3/24/16

Not to mention that Psych and Security staff refused to act to the point I was going to contact the ACLU not only for myself but for my fellow incarcerated individuals, and we are individuals

Respectfully submitted this 20 day of July 20 20.

*[signature]*
Plaintiff/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the _____ day of _____, 20_____, I mailed a true and correct copy of the _____ via prison mail system for processing to the U.S. mail system to:

_____

_____

_____

_____

*[signature]*
Plaintiff/Defendant (circle one)

-pg.____

Revised 3/24/16

*Court filing Record*

Court: *United States District Court Idaho*

Date: *08/04/2020*

Case No.: *19-00446*

Inmate Name: *Novack, Nikolai*

Inmate No.: *114980*

Document Title: *Motion*

Total Pages 3

Inmate Verification of page count signature:_Filed without inmate review___

Document __1_ of _1_